UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| OUNHEUAN HONG, | § § § | |
| *Petitioner*, | § § | |
| v. | § § | |
| WARDEN OF ERO EL PASO CAMP EAST MONTANA IN EL PASO, TEXAS; TODD M. LYONS, IN HIS OFFICIAL CAPACITY AS THE ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, IN HER OFFICIAL CAPACITY AS THE SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE UNITED STATES; and U.S. DEPARTMENT OF HOMELAND SECURITY, | § § § § § § § § § § § § § § § § § | No. 3:26-CV-00302-LS |
| *Respondents*. | § § | |

## ORDER FOR SERVICE

Petitioner Ounheuan Hong challenges his custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] His petition raises issues which require Respondents to show cause why the court should not grant the relief Petitioner seeks.[2]

Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Due to the

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

government's need to review its records, the Court will extend the show-cause deadline pursuant to 28 U.S.C. § 2243.

Respondents shall show cause by **February 25, 2026**, why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 5, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**