# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| OUNHEUAN HONG, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | |
| WARDEN OF ERO EL PASO CAMP | § | |
| EAST MONTANA IN EL PASO, | § | |
| TEXAS, IN HIS OFFICIAL | § | |
| CAPACITY; TODD M. LYONS, IN HIS | § | |
| OFFICIAL CAPACITY AS THE | § | No.  3:26-CV-00302-LS |
| ACTING DIRECTOR OF U.S. | § | |
| IMMIGRATION AND CUSTOMS | § | |
| ENFORCEMENT; KRISTI NOEM, IN | § | |
| HER OFFICIAL CAPACITY AS THE | § | |
| SECRETARY OF THE U.S. | § | |
| DEPARTMENT OF HOMELAND | § | |
| SECURITY; PAMELA BONDI, IN | § | |
| HER OFFICIAL CAPACITY AS THE | § | |
| ATTORNEY GENERAL OF THE | § | |
| UNITED STATES; AND U.S. | § | |
| DEPARTMENT OF HOMELAND | § | |
| SECURITY, | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

Upon consideration of the parties' Stipulation of Dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

---

[1] ECF No. 10.

**SIGNED** and **ENTERED** on May 13, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**